UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

CASE NUMBER: 2:16-mj-1053-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | <u>ORDER</u> |
| | : | |
| DAVID J. BELMAN | : | |
|        DEFENDANT | : | |

THIS MATTER coming on to be heard before the undersigned Judge upon the motion to have the defendant's license returned and the court finds as a fact that on August 1, 2016, thirty (30) days will have passed since the defendant surrendered his license after having been charged with operating a motor vehicle under the influence of alcohol. **IT IS, THEREFORE, ORDERED** that the defendant's driver's license be mailed to him by the Clerk of the United States District Court, Eastern District Of North Carolina to: 180 Brooke Road, Fredericksburg, Virginia 22405.

This 3rd day of August, 2016.

                                                          _____
                                                          TERRENCE W. BOYLE
                                                          UNITED STATES DISTRICT JUDGE